UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RECEIVED IN CLERK'S OFFICE
FEB - 7 2018
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

| | |
|---|---|
| PHILLIP DAVID OLMSTEAD,<br>Plaintiff,<br><br>vs.<br><br>FENTRESS COUNTY, TENNESSEE;<br>NURSE TONY L/N/U; SHERIFF CHUCK<br>CRAVENS; ADMINISTRATOR CANDY<br>NORMAN; GARY STOCKTON;<br>CO NICOLE YORK; CO JOSH<br>DENMORE; CO TAMMY KING; CO<br>LANCE MAYNARD; CO CHRIS<br>MARTIN; SOUTHERN HEALTH<br>PARTNERS, INC.<br>Defendants. | Docket No.: 2:16-cv-00046<br><br><br>NOTICE OF APPEARANCE |

Notice is hereby given of appearance of the undersigned as counsel for Plaintiff, PHILLIP D. OLMSTEAD, in the above styled case. All further notice and copies of pleadings, papers and other materials relevant to this action should be directed to and served upon:

George T. Underwood, Jr.
Underwood Law Office, P.C.
9401 Executive Park Drive, Ste. 216
Knoxville, TN 37923
865-247-5547 (phone)
865-247-5047 (fax)
george@underwoodjustice.com (email)

Respectfully Submitted,

/s/ George T. Underwood, Jr.
GEORGE T. UNDERWOOD, JR. (BPR 013077)
9401 Executive Park Drive, Ste. 216
Knoxville, TN 37923
865-247-5547 (phone)
865-247-5047 (fax)
george@underwoodjustice.com (email)

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2018, a copy of the foregoing **Notice of Appearance** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system (ECF) to all parties indicated on the electronic filing receipt:

Robyn Beale Williams
Farrar & Bates
211 Seventh Avenue, North
Ste. 500
Nashville, TN 37219
*Attorney for Fentress County*

Daniel F. Beasley
Lanier, Ford, Shaver & Payne, PC
PO Box 2087
Huntsville, AL 35804
*Attorney for Anthony Martin*

Shira Adler Crittendon
Southern Health Partners
General Counsel
2030 Hamilton Place Boulevard, Ste. 140
Chattanooga, TN 37421
*Attorney for Anthony Martin*

John F. Floyd
Todd & Floyd, Plc
3817 Bedford Avenue, Ste. 220
Nashville, TN 37215
*Attorney for Corizon Health*

Service was by US Mail Postage prepaid to the above addresses.

2/3/18

GEORGE T. UNDERWOOD, JR.