AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

PHILLIP D. OLMSTEAD

V.

FENTRESS COUNTY, TN, *et al.*

**NOTICE**

CASE NUMBER: 2:16-cv-0046

TYPE OF CASE:

X **CIVIL**  **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**TELEPHONE CONFERENCE**

**The parties shall dial (888) 557-8511 and enter access code 7819165# to participate.**

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  | May 31, 2018 at 10:30 a.m. | **June 26, 2018 at 10:30 a.m. (Central time)** |

ALISTAIR E. NEWBERN, U.S. MAGISTRATE JUDGE
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

May 31, 2018
DATE

*Tina S. McDonald*
(BY) DEPUTY CLERK

TO: All counsel of record via CM/ECF